JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                    Plaintiff,

           -against-

B & H FOTO and ELECTRONICS CORP.,

                    Defendant.

------------------------------------------------------------x

Civil Action No. 07-cv-9241 (HB) (KNF)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Jackson Lewis LLP hereby appears in connection with the above-referenced action on behalf of Defendant B & H Foto and Electronics Corp.

                                                       Respectfully submitted,

                                                       JACKSON LEWIS LLP
                                                       59 Maiden Lane
                                                       New York, New York 10038-4502
                                                       (212) 545-4000

Dated: October 18, 2007                By: _____
        New York, New York                       Matthew A. Steinberg (8979)

                                                       ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

       I hereby certify that on October 18, 2007, a true and correct copy of the foregoing Notice of Appearance was served upon Plaintiff's counsel by placing said document in a properly addressed postage-prepaid envelope and mailing it by United States Mail to Louis Graziano, Esq., U.S. Equal Employment Opportunity Commission, 33 Whitehall Street, 5th Floor, New York, New York 10004.

_____
Matthew A. Steinberg