JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                        Plaintiff,

    -against-

B & H FOTO and ELECTRONICS CORP.,

                        Defendant.

---------------------------------------------------------------x

Civil Action No. 07-cv-9241 (HB) (KNF)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Jackson Lewis LLP hereby appears in connection with the above-referenced action on behalf of Defendant B & H Foto and Electronics Corp.

Respectfully submitted,

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

By: _____
James R. Williams (3004)

Dated: October 18, 2007
New York, New York

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, a true and correct copy of the foregoing Notice of Appearance was served upon Plaintiff's counsel by placing said document in a properly addressed postage-prepaid envelope and mailing it by United States Mail to Louis Graziano, Esq., U.S. Equal Employment Opportunity Commission, 33 Whitehall Street, 5th Floor, New York, New York 10004.

Matthew A. Steinberg